**DEBTOR: Joshua R. Silverman CASE NO.: 16-54664**

**NAME OF BUSINESS: Josh Silverman Insurance Agency LLC**

**BUSINESS INCOME/EXPENSES 2016**

**January 2016**

| | |
|---|---|
| Gross Income | $ 8,946.25 |
| Cost of Goods | $ _____ |
| Business Expenses | $ 2,120.50 |
| Net Income/Loss | $ 6,825.75 |

**February 2016**

| | |
|---|---|
| Gross Income | $ 10,735.43 |
| Cost of Goods | $ _____ |
| Business Expenses | $ 2,641.85 |
| Net Income/Loss | $ 8,093.58 |

**March 2016**

| | |
|---|---|
| Gross Income | $ 12,374.45 |
| Cost of Goods | $ _____ |
| Business Expenses | $ 3,754.97 |
| Net Income/Loss | $ 8,619.48 |

**April 2016**

| | |
|---|---|
| Gross Income | $ 8,464.62 |
| Cost of Goods | $ _____ |
| Business Expenses | $ 3,322.90 |
| Net Income/Loss | $ 5,141.72 |

**May 2016**

| | |
|---|---|
| Gross Income | $ 10,652.76 |
| Cost of Goods | $ _____ |
| Business Expenses | $ 3,624.65 |
| Net Income/Loss | $ 7,028.11 |

**June 2016**

| | |
|---|---|
| Gross Income | $ 8,193.60 |
| Cost of Goods | $ _____ |
| Business Expenses | $ 2,964.19 |
| Net Income/Loss | $ 5,229.41 |

**July 2016**

| | |
|---|---|
| Gross Income | $ _____ |
| Cost of Goods | $ _____ |
| Business Expenses | $ _____ |
| Net Income/Loss | $ _____ |

**August 2016**

| | |
|---|---|
| Gross Income | $ _____ |
| Cost of Goods | $ _____ |
| Business Expenses | $ _____ |
| Net Income/Loss | $ _____ |

**September 2016**

| | |
|---|---|
| Gross Income | $ _____ |
| Cost of Goods | $ _____ |
| Business Expenses | $ _____ |
| Net Income/Loss | $ _____ |

**October 2016**

| | |
|---|---|
| Gross Income | $ _____ |
| Cost of Goods | $ _____ |
| Business Expenses | $ _____ |
| Net Income/Loss | $ _____ |

**November 2016**

| | |
|---|---|
| Gross Income | $ _____ |
| Cost of Goods | $ _____ |
| Business Expenses | $ _____ |
| Net Income/Loss | $ _____ |

**December 2016**

| | |
|---|---|
| Gross Income | $ _____ |
| Cost of Goods | $ _____ |
| Business Expenses | $ _____ |
| Net Income/Loss | $ _____ |

**SIX-MONTH AVERAGE**

**Gross Income**              $ 9,894.52

**Business Expenses**         $ 3,071.51

**Cost of Goods**             $ N/A


**YEAR TO DATE TOTAL FOR 2016 (Case filed on 7/18/2016)**

**Gross Income**              $ 59,367.11

**Business Expenses**         $ 18,429.06

**Cost of Goods**             $ N/A

**Net Income/Loss**           $ 40,938.05

3

**DEBTOR: Joshua R. Silverman CASE NO.: 16-54664**

**NAME OF BUSINESS: Josh Silverman Insurance Agency LLC**

**MONTHLY BUSINESS INCOME/EXPENSES 2016**

**GROSS BUSINESS INCOME FOR PREVIOUS 6 MONTHS** $ 59,367.11

**ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME** $ 9,894.52

**ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES**

| | |
|---|---|
| Net Employee Payroll (Other than debtor) | $ _____ |
| Payroll tax | $ _____ |
| Unemployment tax | $ _____ |
| Worker's Compensation | $ _____ |
| Self-employment tax | $ (scheduled separately on J) |
| Other taxes | $ _____ |
| Inventory purchases | $ _____ |
| Purchases of raw materials | $ _____ |
| Rent (Other than principal residence) | $ _____ |
| Utilities | $ _____ |
| Telephone | $ _____ |
| Office expenses | $ 416.40 |
| Office supplies | $ 298.95 |
| Repairs and maintenance | $ _____ |
| Vehicle maintenance (for business vehicles) | $ _____ |
| Gasoline (for business vehicles) | $ 206.20 |
| Equipment rental and leases | $ _____ |
| Legal/accounting/other professional fees | $ 202.08 |
| Insurance | $ _____ |
| Employee benefits (e.g. pension, medical, etc.) | $ _____ |
| Other monthly expenses (police) | |
|     equipment/training | $ 271.31 |
|     uniform/uniform cleaning | $ 95.15 |
|     union dues | $ 33.33 |
| Other monthly expenses (insurance) | |
|     client meals | $ 677.02 |
|     client entertainment | $ 480.24 |
|     transportation costs | $ 390.83 |

**ESTIMATED TOTAL FUTURE MONTHLY EXPENSES** $ 3,071.51

**ESTIMATED AVERAGE FUTURE NET MONTHLY INCOME** $ 6,823.01

4